AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

**SOUTHERN**     **DISTRICT OF**     **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Gerardo Salvador Velasquez-De La Cruz

United States District Court
Southern District Of Texas
FILED
APR -- 5 2019
David J. Bradley, Clerk

**CRIMINAL COMPLAINT**

Case Number: M-19-794-M

IAE    YOB: 1975
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **April 4, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)
I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Gerardo Salvador Velasquez- De La Cruz was encountered by Border Patrol Agents near Hidalgo, Texas on April 4, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 4, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 04, 2018 through Laredo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On June 23, 1995, the defendant was convicted of Possesion with Intent to Distribute Marijuana and sentenced to five (5) years suspended sentence.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Sworn to before me and subscribed in my presence,
April 5, 2019 - 4:29 pm

Signature of Complainant
Miguel Valle    Senior Patrol Agent

Juan F. Alanis, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer